EILEEN M. DECKER
United States Attorney
DOROTHY A. SHOUTEN
Assistant United States Attorney
Chief, Civil Division
SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    Email: Sundeep.Patel@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ROBINSON, | Case No. 2:15-cv-08143-GJS |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for good cause shown,

    Judgment for Plaintiff is hereby entered.

DATE: April 15, 2016

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Judgment
Case No. 2:15-cv-08143-GJS

1